

**ORDERED in the Southern District of Florida on November 22, 2017.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

```
            UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF FLORIDA
                  www.flsb.uscourts.gov

IN RE:                                CASE NO. 13-27365-BKC-RAM
ANTONIO JAVIER HERNANDEZ
DEBORAH HERNANDEZ,
          DEBTOR(S).
_____/
```

**ORDER DENYING DEBTOR'S MOTION TO MODIFY PLAN (ECF #180)**

THIS CASE came on to be heard on November 14, 2017, for the Debtor's Motion to Modify Plan (ECF #180), and based on the record, it is

ORDERED as follows:

1. The Debtor's Motion to Modify Plan (ECF #180) is denied without prejudice as a new Modified Plan was not filed within the deadline given of Friday, November 17, 2017.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

CHRISTIAN SOMODEVILLA, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.